# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PHOENIXVILLE FEDERAL BANK & TRUST,

              Respondent

        v.

FRANCIS J. PULEO D/B/A RFJ & ASSOCIATES AND TRIPLE T FARMS,

              Petitioners

: No. 507 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Mundy did not participate in the consideration or decision of this matter.